UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ERIC K. WILLIAMS                                         CIVIL ACTION

VERSUS                                                   NO. 11-583

MICHAEL J. ASTRUE, COMMISSIONER                          SECTION "F" (2)
OF SOCIAL SECURITY ADMINISTRATION

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly, IT IS ORDERED that plaintiff's complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 13th day of JAN., 2012.

UNITED STATES DISTRICT JUDGE